Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT IN AND FOR THE
WESTERN DISTRICT OF WASHINGTON

AUTUMN ST. GEORGE,

                      Plaintiff(s),

v.

SEQUIM SCHOOL DISTRICT,

                      Defendant(s).

NO. 18-CV-05372-RJB

STIPULATED MOTION AND ORDER TO CONTINUE CASE SCHEDULE

**NOTING DATE: DECEMBER 11, 2018**

## I. INTRODUCTION

The parties, by and through their counsel of record, move this court for a continuance of the case ordering schedule pursuant to Fed. R. Civ. P. 16(b)(4); LCR 16(b)(4); LCR 7(d)(i); LCR 10(g), and the Court's recent Order amending the trial date. Dkt. #20. The parties seek to extend the remaining deadlines in the case scheduling order by four weeks, including the deadline for disclosing expert testimony, while leaving the current trial date of July 15, 2018, unchanged.

## II. BACKGROUND

Plaintiff filed her Complaint for Damages on May 11, 2018. This matter was originally set for trial on June 10, 2019. Dkt. #10 at p. 1. Recently, on November 6, 2018, the Court moved the trial date to July 15, 2018. Dkt. #20 at p. 1. All remaining deadlines were unchanged. On October

STIPULATED MOTION AND ORDER TO CONTINUE
CASE SCHEDULE - 1
05769-1050  5530551.docx
NO. 18-CV-05372-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

10, 2018, Plaintiff filed her Amended Complaint for Damages, naming three additional individual defendants.

Unfortunately, Counsel for the District recently suffered a death in her family, which briefly hampered the discovery process in this case. Counsel for Plaintiff has been understanding, and the parties worked to navigate these difficulties.

The parties have been diligent in engaging in discovery and seeking early resolution. Mediation was conducted on August 24, 2018, but the parties were unable to settle the matter. Both served their first Interrogatories and Requests for Production on September 13, 2018. The District provided responses to discovery on October 31, 2018, and is continuing to review large amounts of data potentially responsive to both Plaintiff's discovery responses and Plaintiff's PRA request. Despite multiple diligent attempts, Plaintiff's counsel was unable to provide discovery responses until November 21, 2018, due to technical difficulty. Plaintiff's counsel also served a second set of discovery requests on the District on November 30, 2018. The District is working to respond to Plaintiff's additional discovery requests.

Given these circumstances, as well as a desire of the parties to continue resolution discussions, the parties have postponed setting the depositions of Plaintiff, key witnesses, and a Fed. R. Civ. P. 30(b)(6) representative of the District.

### III. ANALYSIS

A court has discretion to grant a motion for continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California,* 784 F.2d 910, 912 (9th Cir.1986). Case schedules may be modified for "good cause." Fed. R. Civ. P. 16(b)(4); LCR 16(b)(4); LCR 10(g). Whether to grant or deny a continuance of trial is at the discretion of the Court. *Rios-Barrios v. I.N.S.*, 776 F.2d 859, 862–63 (9th Cir. 1985). LCR 10(g) states: "If a stipulated motion would alter dates or schedules

STIPULATED MOTION AND ORDER TO CONTINUE
CASE SCHEDULE - 2
05769-1050 5530551.docx
NO. 18-CV-05372-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

previously set by the court, the parties shall clearly state the reasons justifying the proposed change…"

An extension of the remaining court deadlines is appropriate to allow the parties to complete discovery and engage in further discussions related to resolution. Given counsel's personal circumstances and challenges with the initial discovery process, the parties have postponed scheduling depositions of key witnesses and the parties. A four week extension of the remaining deadlines in the case scheduling order will allow for efficient resolution of discovery, and the usual lot of time to prepare for trial, without further delay to either party. Such an extension will not cause prejudice or delay to either party and the effect on the Court's docket should remain minimal given its previous resetting of the trial date.

### IV. CONCLUSION

The parties respectfully request that the Court grant their stipulated motion to continue the case schedule by four weeks because good causes exists for the reasons stated herein. The parties need additional time to complete discovery, and an extension of the case schedule will allow the parties to further engage in settlement negotiations and work toward an early resolution.

DATED this 11th day of December, 2018.

| PREG O'DONNELL & GILLETT PLLC | GALLAGHER LAW OFFICE, P.S. |
|---|---|
| By _/s/ Jennifer L. Clark_<br>Emma Gillespie WSBA #33255<br>Jennifer L. Clark WSBA #51079<br>Attorneys for Defendant Sequim School District | By _/s/ Daniel C. Gallagher (per email approval)_<br>Daniel C. Gallagher, WSBA #21940<br>Attorneys for Plaintiff Autumn St. George |

STIPULATED MOTION AND ORDER TO CONTINUE CASE SCHEDULE - 3
05769-1050 5530551.docx
NO. 18-CV-05372-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**ORDER**

Based on the foregoing stipulated motion of the parties, for good cause and due to the circumstances set forth above in the stipulated motion; IT IS SO ORDERED that the pretrial case deadlines are hereby continued by four weeks and the Clerk is directed to issue an Amended Order Setting Case Schedule in this matter.

DATED this 11th day of December, 2018

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

PREG O'DONNELL & GILLETT PLLC

By */s/ Jennifer L. Clark*
Emma Gillespie WSBA #33255
Jennifer L. Clark WSBA #51079
Attorneys for Defendant Sequim School District

Copy received; Approved as to Form; Notice of Presentation Waived:

GALLAGHER LAW OFFICE, P.S.

By */s/ Daniel C. Gallagher (per email approval)*
Daniel C. Gallagher, WSBA #21940
Attorneys for Plaintiff Autumn St. George

STIPULATED MOTION AND ORDER TO CONTINUE CASE SCHEDULE - 4
05769-1050 5530551.docx
NO. 18-CV-05372-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113